UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN BONNER,

    Plaintiffs,

                                                      Case No. 24-cv-11484

v.                                                Hon. Matthew F. Leitman

FARAH AYOUB, *et al.*,

    Defendants.

_____/

## **ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 8) AND (2) DISMISSING COMPLAINT WITHOUT PREJUDICE**

On June 3, 2024, Plaintiff Shawn Bonner filed this civil-rights action against several Defendants involved in his state-court criminal prosecution. (*See* Compl., ECF No. 1.)  On July 24, 2024, the Court directed Bonner to show cause, in writing, why the Court should not dismiss his Complaint (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 8.)  The Court told Bonner that if he did not respond to the Show Cause Order as directed by August 30, 2024, the Court would dismiss his Complaint without prejudice. (*See id.*, PageID.37.)

Bonner has not filed any response to the Show Cause Order.  Nor he has contacted the Court to ask for additional time to respond.  Accordingly, because Bonner has not complied with the Show Cause Order, the Court (1) **VACATES** the Show Cause Order (ECF No. 8) and (2) **DISMISSES** Bonner's Complaint (ECF No.

1

1) **WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's orders.

  **IT IS SO ORDERED**.

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: March 4, 2025

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2025, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126