UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN BONNER,

    Plaintiffs,

v.                                              Case No. 24-cv-11484
                                                   Hon. Matthew F. Leitman

FARAH AYOUB, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                           KINIKIA ESSIX
                                           CLERK OF COURT

                            By:     s/Holly A. Ryan
                                           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 4, 2025
Detroit, Michigan

1